IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BARRY JONES,** | ) | Civil Action No. 7:11-cv-00314 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BETTY AKERS, et al.,** | ) | By:  Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims against the New River Valley Regional Jail are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the New River Valley Regional Jail is **TERMINATED** as a defendant, pursuant to Fed. R. Civ. P. 21.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 14th day of September, 2011.

Senior United States District Judge