CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 14 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BARRY JONES, | ) | Civil Action No. 7:11-cv-00314 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BETTY AKERS, <u>et al.</u>, | ) | By:   Hon. Jackson L. Kiser |
|    Defendants. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims against the New River Valley Regional Jail are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the New River Valley Regional Jail is **TERMINATED** as a defendant, pursuant to Fed. R. Civ. P. 21.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 14th day of September, 2011.

                    /s/ Jackson L. Kiser
                    Senior United States District Judge