CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RW

JAN 12 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BARRY LYNN JONES,<br>　　Plaintiff, | ) | Civil Action No. 7:11-cv-00314 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BETTY AKERS, et al.,<br>　　Defendant. | ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This __12th__ day of January, 2012.

　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge